HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
noa_oren@fd.org


Attorney for Defendant
GREGORY HARRIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:16-cr-036-KJM |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO MODIFY SPECIAL CONDITION OF RELEASE |
| vs. | |
| GREGORY HARRIS, | Judge: Hon. Carolyn K. Delaney |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant Gregory Harris, through their respective attorneys, that release condition #13 imposed on Mr. Harris on February 22, 2016 (Dckt. 12), will be modified as follows:

> 13. CURFEW: You shall remain inside your residence every day from 9:00pm to 6:00am, or as adjusted  by the pretrial services officer for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; child care obligations; or other activities pre-approved by the pretrial services officer.

All other conditions shall remain in force.  A copy of Mr. Harris's conditions with the requested modification is attached as *Exhibit A*.

                                                            Respectfully submitted,

Dated:  May 24, 2016                       HEATHER E. WILLIAMS
                                                            Federal Defender

Stipulation to Modify Pretrial Conditions of Release        -1-                *U.S. v Harris, 16-cr-36*

| | |
|---|---|
| | */s/ Noa Oren* |
| | NOA E. OREN |
| | Assistant Federal Defender |
| | Attorney for Defendant |
| Dated: May 24, 2016 | BENJAMIN B. WAGNER |
| | United States Attorney |
| | |
| | */s/ Timothy Delgado* |
| | TIMOTHY DELGADO |
| | Assistant U.S. Attorney |
| | Attorney for Plaintiff |

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, that release condition #13 imposed on Mr. Harris on February 22, 2016 (Dckt. 12), will be modified as follows:

> 13. *CURFEW: You shall remain inside your residence every day from 9:00pm to 6:00am, or as adjusted by the pretrial services officer for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; child care obligations; or other activities pre-approved by the pretrial services officer.*

All other conditions shall remain in force.

Dated:  May 25, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE