

AUG 3 0 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

1
2
3
4
5

HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
noa_oren@fd.org

6
7

Attorney for Defendant
GREGORY HARRIS

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10
11        UNITED STATES OF AMERICA,            )   Case No.  2:16-cr-036-KJM
                                               )
12                        Plaintiff,           )   STIPULATION AND [PROPOSED] ORDER
                                               )   TO MODIFY SPECIAL CONDITION OF
13            vs.                              )   RELEASE
                                               )
14        GREGORY HARRIS,                      )   Judge: Hon. Deborah Barnes
                                               )
15                        Defendant.           )
                                               )
16    _____          )

17          IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of

18    America, and defendant Gregory Harris, through their respective attorneys, that release condition

19    #13 imposed on Mr. Harris on May 25, 2016 (Dckt. 25), will be modified as follows:

20
21          *13.  CURFEW: You shall remain inside your residence every day from 9:00pm to 6:00am, or as
            adjusted  by the pretrial services officer for employment; education; religious services; medical,
22          substance abuse, or mental health treatment; attorney visits; court appearances; court ordered
            obligations; child care obligations; or other activities pre-approved by the pretrial services
23          officer. On September 3, 2016, you are permitted to leave your residence at 5:00 a.m. and return
            by 11:59 p.m. for vacation purposes.*

24
25          Pretrial services has confirmed Mr. Harris's travel itinerary and approves it.  Mr. Harris has

26    been in compliance for the past six months.  All other conditions shall remain in force.  A copy

27    of Mr. Harris's conditions with the requested modification is attached as *Exhibit A*.

28                                        Respectfully submitted,

1

Dated:  August 29, 2016

2

HEATHER E. WILLIAMS
Federal Defender

3

/s/ Noa Oren
NOA E. OREN
Assistant Federal Defender
Attorney for Defendant

4

5

Dated: August 29, 2016

6

PHILLIP A. TALBERT
Acting United States Attorney

7

/s/ Timothy Delgado
TIMOTHY DELGADO
Assistant U.S. Attorney
Attorney for Plaintiff

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

ORDER

2

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'

3

stipulation, that release condition #13 imposed on Mr. Harris on May 25, 2016 (Dckt. 25), will

4

be modified as follows:

5

6

7

8

13. *CURFEW: You shall remain inside your residence every day from 9:00pm to 6:00am, or as adjusted  by the pretrial services officer for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; child care obligations; or other activities pre-approved by the pretrial services officer. On September 3, 2016, you are permitted to leave your residence at 5:00 a.m. and return by 11:59 p.m. for vacation purposes.*

9

All other conditions shall remain in force.

10

Dated: August 2 9, 2016

11

12

Hon. Deborah Barnes
United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28