HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
noa_oren@fd.org

Attorney for Defendant
GREGORY HARRIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:16-cr-036-KJM |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO MODIFY SPECIAL CONDITION OF RELEASE |
| vs. | |
| GREGORY HARRIS, | Judge: Hon. Carolyn K. Delaney |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant Gregory Harris, through their respective attorneys, that release conditions #12- #14, imposed on Mr. Harris on February 22, 2016 (Dckt. 12) and modified on May 25, 2016 (Dckt. 25), will be removed.

Pretrial services confirmed that Mr. Harris has been in compliance with the conditions of pretrial supervision. And Mr. Harris successfully completed MRT while on supervision.  All other conditions shall remain in force.  A copy of Mr. Harris's conditions with the requested modification is attached as *Exhibit A*.

///

///

///

Respectfully submitted,

Dated: December 6, 2016     HEATHER E. WILLIAMS
                            Federal Defender

                            */s/ Noa Oren*
                            NOA E. OREN
                            Assistant Federal Defender
                            Attorney for Defendant

Dated: December 6, 2016     PHILLIP A. TALBERT
                            United States Attorney

                            */s/ Timothy Delgado*
                            TIMOTHY DELGADO
                            Assistant U.S. Attorney
                            Attorney for Plaintiff

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, that release condition #12- #14 imposed on Mr. Harris on February 22, 2016 (Dckt. 12) and modified on May 25, 2016 (Dckt. 25), will be removed.

All other conditions shall remain in force.

Dated:  December 7, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE