HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
noa_oren@fd.org

Attorney for Defendant
GREGORY HARRIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>GREGORY HARRIS,<br><br>　　　　Defendant. | Case No. 2:16-cr-036-KJM<br><br>STIPULATION AND ORDER TO MODIFY SPECIAL CONDITION OF RELEASE<br><br>Judge: Hon. Carolyn K. Delaney |

　　　IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant Gregory Harris, through their respective attorneys, that his drug testing condition (Condition #10), imposed on Mr. Harris on February 22, 2016 (Dckt. 12), be removed. Mr. Darryl Walker, Mr. Harris' pretrial services officer has recommended the drug-testing condition be removed because Mr. Harris has submitted to random drug testing for the last 19 months without incident.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: October 4, 2017　　　　　　　　HEATHER E. WILLIAMS
　　　　　　　　　　　　　　　　　　　Federal Defender

　　　　　　　　　　　　　　　　　　　*/s/ Noa Oren*
　　　　　　　　　　　　　　　　　　　NOA E. OREN
　　　　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　　　　Attorney for Defendant

Dated: October 4, 2017

PHILLIP A. TALBERT
United States Attorney

*/s/ Timothy Delgado*
TIMOTHY DELGADO
Assistant U.S. Attorney
Attorney for Plaintiff

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, that release condition #10 imposed on Mr. Harris on February 22, 2016 (Dckt. 12) be removed.

All other conditions shall remain in force.

Dated: October 5, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE