IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>GREGORY ANDREW HARRIS,<br><br>                Defendant. | CR NO: **2:16CR00036-001** |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum      ☐ Ad Testificandum

| | | |
|---|---|---|
| Name of Detainee: | Gregory Andrew Harris | |
| Detained at | Sacramento County Main Jail | |
| Detainee is: | a.) | ☒ charged in this district by:    ☒ Petition<br>charging detainee with:    Violation of Supervised Release Condition |
| or | b.) | ☐ a witness not otherwise available by ordinary process of the Court |
| Detainee will: | a.) | ☒ return to the custody of detaining facility upon termination of proceedings |
| or | b.) | ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility |

*Appearance is necessary on September 12, 2022, at 9:00 a.m., in Courtroom 3 before Chief District Judge Mueller, in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Denise N. Yasinow |
| Printed Name & Phone No: | Denise N. Yasinow – (916) 554-2830 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, on *September 12, 2022, at 9:00 a.m.*, *in Courtroom 3 before Chief District Judge Mueller* and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 09/02/2022

_/s/ Deborah Barnes_
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male   ☐ Female | |
| Booking or CDC #: | 10314338 | DOB: | 7/12/1984 |
| Facility Address: | 651 "I" Street, Sacramento, CA 95814 | Race: | African American/Black |
| Facility Phone: | 916-874-6752 | FBI#: | |
| Currently | Sacramento County Main Jail | | |

## RETURN OF SERVICE

Executed on: _____  _____
                                                                                                    (signature)